**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Interest of a child A.A.H. aka A.H. v. Department of
                          Family and Protective Services

Appellate case number:    01-19-00612-CV

Trial court case number:  2018-59296

Trial court:              310th District Court of Harris County

This case was abated and remanded to the trial court for the trial court to determine whether a complete record of the underlying proceedings had been filed in this Court. On November 26, 2019, the trial court clerk filed a supplemental clerk's record in this Court, containing the trial court's findings, indicating that the relevant reporter's records have been filed in this Court. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's brief is ORDERED to be filed no later than 20 days from the date of this order. *See* TEX. R. APP. P. 38.6(a).

Appellee's brief, if any, is ORDERED to be filed within 20 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date of the notice of appeal was filed so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, reprinted in TEX. GOV'T CODE ANN., tit. 2, subtit. F app. Accordingly, no briefing extensions will be granted. *See* TEX. R. APP. P. 38.6(d).

Judge's signature: ___/s/ Sherry Radack_____
                    ☒ Acting individually    ☐ Acting for the Court

Date: ___December 5, 2019___